JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Michael Ryan ;
**County of Residence:** Jackson County

### Defendant(s):
First Listed Defendant:
ELN Enterprises, d/b/a Midwest CES, LLC ;
**County of Residence:** Outside This District

Additional Defendants(s):
Jacob Johnsen ;
David Frandsen ;

**County Where Claim For Relief Arose:** Jackson County

### Plaintiff's Attorney(s):
Kyle Henry Sciolaro (Michael Ryan)
BurnettDriskill
106 West 11th Street, Ste. 1260
Kansas City, Missouri 64105
**Phone:**
**Fax:**
**Email:** ksciolaro@burnettdriskill.com

### Defendant's Attorney(s):
David A. Jermann ( ELN Enterprises, d/b/a Midwest CES, LLC)
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108
**Phone:** 816-221-3420
**Fax:** 8162210786
**Email:** djermann@atllp.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** N/A
   **Defendant:** N/A

**Origin:** 2. Removed From State Court
   **State Removal County:** Jackson County
   **State Removal Case Number:** 2216-cv20781

**Nature of Suit:** 890 Other Statutory Actions

**Cause of Action:** This case is removed pursuant to to 28 U.S.C. §§ 1331, 1441 and 1442, 1446 because the underlying causes of action involve a federal question regarding rights under the Social Security Administration and the Disability Determination Process. See 20 C.F.R. §§ 404.1519; 404.1519a-t

**Requested in Complaint**

  **Class Action:** Not filed as a Class Action

  **Monetary Demand (in Thousands):** 75000

  **Jury Demand:** Yes

  **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s David Jermann

**Date:** 11/8/22

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.