UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL JAMES RYAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:22-cv-00736-HFS |
| ELN ENTERPRISES, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

## ELN ENTERPRISES, LLC'S DISCLOSURE OF CORPORATE INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, counsel of record here by discloses that ELN Enterprise, LLC does not have any parent, subsidiaries or affiliates that have issued shares to the public.

ARMSTRONG TEASDALE LLP

By: */s/ David A. Jermann* _____
David A. Jermann     #51389
Zachary Beach        #73620
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (Facsimile)
djermann@atllp.com
zbeach@atllp.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of December, 2022, a copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

*/s/ David A. Jermann*
Attorney for Defendants